```
                                           Scott Bernard
                            1113 Range Ave.,#110-109
                            Denham Springs, Louisiana 70726
```

# Suit at Common-Law
# Brought Forth Pursuant to the
# 7th Amendment to the Bill of Rights
## With Common-Law Jury Demand

Kerry Murray and
Scott Bernard

CASE #: 3:25-cv-515-MMH-PDB

Versus

Paul Grant Rozelle

## 1. Disclosures

This suit at common-law is brought forth within this venue, a lower court that must – per the Supreme Court and Congress – accept and file suits brought forth pursuant to the 7th Amendment to the Bill of Rights.

Pursuant to the Supreme Court in *SEC v. Jarkesy*, et al , and enumerated within President Donald J. Trump's EXECUTIVE ORDER 14219, the Clerk of Court and Judges of this venue are barred from imposing unlawful regulations within this suit at common-law that is brought forth pursuant to the 7th Amendment to the Bill of Rights.

As such, demands for a Civil Cover Sheet to be submitted herewith and the imposition of the Federal Rules of Civil Procedures **(used as mechanism(s) to dismiss this suit at common-law prior to a trial in front of a jury)** are not admissible.

Any employee of this venue who attempts to dismiss – or dismisses – this suit at common-law without addressing the constitutional merits hereof shall establish the triable allegation(s) of deprivation and abridgment of rights, thereby warranting lawful sanctions, including, but not limited to, a suit at common-law and/or criminal allegations.

To expound on these disclosures, it is common knowledge that the courts in the United States of America have a documented history of resisting suits at common-law, beginning with the clerk of court who, upon receipt of said suit, will present a CIVIL COMPLAINT form with a verbal directive to fill out said form.  As no other options are presented by the clerk, one is persuaded to fill out said CIVIL COMPLAINT form, thereby creating the perception of consent for classifying the suit at common-law as a Civil Action.

Subsequently, the suit (now classified a Civil Action) is moved under administrative jurisdiction and the court invokes its perceived authority to entertain pretrial magistrate reports and  motion(s) to dismiss, all of which hinge on the Federal Rules of Civil Procedure, statutes, and the like.

However, as the Federal Rules of Civil Procedure and statutes employed by administrative judges were not in effect at the time the 7th Amendment was adopted, they are not in line with our nation's history and are wholly inapplicable within suits at common-law. _(New York State Rifle & Pistol Association v. Bruen)_.

Furthermore, the 7th Amendment to the Bill of Rights guarantees the right of a jury trial in suits at common-law, and controlling authorities mandate that a jury must be presented with all the evidence in order to **"find the facts."** _(SEC V. Jarkesy; 7th Amendment to the Bill of Rights)_.

Be advised, the entertainment of pretrial motions and Magistrate recommendations, and the granting thereof by any judge, would establish an impeachable offense and the triable allegation of treason for willingly acting without jurisdiction and aiding, supporting, defending, and employing a system of administrative procedures that circumvents the Bill of Rights and wars against the inalienable rights of the American People. _In re Sawyer, 124 U.S. 200 (1888)_.

Accordingly, let it be known and understood that NO CONSENT is given by me for this suit being classified as a Civil Action, moved under administrative jurisdiction, assigned to a Magistrate Judge (or any other non-Article III official), and no inference by unconscionable act(s), omission(s), tacit agreement(s), or acquiescence will be deemed as justification for the court to overshadow my clear and unambiguous declaration of NO CONSENT.

It is clearly stated that this is a **Suit at Common-Law Brought Forth Pursuant to the 7th Amendment to the Bill of Rights with a common-law jury demand.** As such, no motion(s) or report(s) based on civil procedures, statutes, or district court decisions will be acknowledged by me. Accordingly, any nonresponse thereto may in no way infer my acquiescence to said motion(s) or report(s), as it is not possible to acquiesce into terms that have no standing or jurisdiction and are wholly inapplicable with no lawful force and effect.

## 2. Parties and Capacity of

**Kerry Murray,** the aggrieved bringing this suit at common-law who is of the people, with private and inalienable rights, and not bound by commercial, statutory, and/or legal authority.

**Scott Bernard,** the aggrieved bringing this suit at common-law who is of the people, with private and inalienable rights, and not bound by commercial, statutory, and/or legal authority.

**Paul Grant Rozelle,** (Paul Rozelle) the causer of grievance(s) who is of the people, with inalienable rights, who does serve as the Managing Senior Counsel at Pinellas County Sheriff's Office, being bound by the office held to commercial, statutory, and/or legal authority.

## 3. Introduction to Claim and Background

Kerry Murray previously filed a suit at common-law, *Case No. 8:25-xx-00869-WFJ-TGW,* (previous suit) against two officers within the Pinellas County Sheriff's Department.

This Suit at Common-Law is brought against Paul Rozelle for abusing his position with the Pinellas County Sheriff's Department and making threats of civil and criminal sanctions unless the previous suit was dismissed.

## 1. Facts

On or about April 09, 2025, Kerry Murray filed a suit at common-law, Case No. *8:25-xx-00869-WFJ-TGW*, within this venue, a lower court that must - per the Supreme Court and Congress - accept and file suits brought forth pursuant to Article III and the 7th Amendment to the Bill of Rights.

Along with said suit, a NOTICE TO COURT CLERK was filed advising that:

- This is a suit at common-law, not a Civil Action.
- I offer no consent to this suit at common-law being classified as a Civil Action through inferring consent by my unconscionable acts, omissions, and the like.
- This suit at common-law contains a common-law jury demand pursuant to the 7th Amendment to the Bill of Rights.
- This suit at common-law may not be assigned a case number with the letters "CV" embedded therein.
- This suit at common-law may not be assigned to a magistrate.
- This suit at common-law must be assigned to an Article III judge.
- I will not tender a fee for filing this suit at common-law, as all people are guaranteed access to a free and fair judiciary despite economic status.

Subsequently, the clerk of court received the previous suit, along with the NOTICE TO COURT CLERK, and did provide a case number and acknowledgment of filing Kerry Murray's **"Suit at Common-Law."**

On or about April 15, 2025, Paul Rozelle did use a government telephone system and email server to contact Scott Bernard while Mr. Bernard was without the territorial boundaries of Florida.

## 2. Admonishment and Establishment of Allegations

In the body of the previous suit, Kerry Murray plainly stated that Scott Bernard is the **"counsel of choice to assist me as I see fit"**, with a subsequent directive to **MAIL** all correspondence to Mr. Bernard at the address provided.

At no point within the previous suit did Kerry Murray refer to Scott Bernard as her attorney and/or representative who is authorized to speak on her behalf. Kerry Murray's choice of Scott Bernard is per her right to counsel, confer with, and use whomever she chooses as an unbiased, unassociated third-party witness.

No telephone number or email address was listed for Scott Bernard within the previous suit, as Kerry Murray clearly desired all correspondence to be memorialized in writing and mailed to Mr. Bernard, who will subsequently attest to any response and/or nonresponse thereto.

Paul Rozelle is a man serving as an official with the Pinellas County Sheriff's Office.

Upon testimony received, it was discovered that Paul Rozelle did knowingly use government resources and law enforcement systems to investigate Scott Bernard and acquire his phone number and email address.

On April 15, 2025, at 12:06 p.m., call records of Scott Bernard show a missed call from a number identified as the Pinellas County Sheriff's Department.

On April 15, 2025, at 3:47 p.m., call records of Scott Bernard show another call from the Pinellas County Sheriff's Department, which resulted in a brief conversation between Mr. Bernard and Paul Rozelle that ended abruptly by unintended disconnection.

On April 15, 2025, at 3:48 p.m., Paul Rozelle did call Scott Bernard – leaving a voicemail and making the unfounded accusation that Mr. Bernard previously hung up on him.

On April 15, 2025, at 3:51 p.m., Scott Bernard returned Paul Rozelle's call, and Mr. Rozelle did commence an inappropriate, condescending, repetitive, and interrogation-styled line of questioning, which led to Mr. Bernard experiencing a level of undue anxiety, discomfort, and stress. More specifically, Paul Rozelle began the conversation with unfounded assertions that Scott Bernard filed a lawsuit for me as my attorney, then began repeating to Mr. Bernard (in interrogation-styled fashion) *"are you a lawyer, are you a lawyer, are you a lawyer?"* [Evidenced by audio and third-party witnesses]

On April 15, 2025, Paul Rozelle did use a government server to send multiple emails to Scott Bernard demanding a return call and making various threats. In one such email, Paul Rozelle made the following baseless and absurd allegations:

> Mr. Bernard—
>
> You have filed a frivolous, vexatious complaint in federal court on behalf of Ms. Murray against two Pinellas County Sheriff's Office deputies. I've attached a copy of it, along with the Court's docket that identifies you as her lawyer.
>
> I've also attached a copy of the envelope that was sent to the Court that bears your name and the return address of what looks like a law firm. You filed this on behalf of Ms. Murray.
>
> I am concerned that you are engaged in the unauthorized practice of law, which is a crime. Before you hung up on me, I asked you repeatedly whether you were a lawyer. You told me that you were not going to answer that question. I cannot stress enough the urgency with which you should immediately withdraw or cause Ms. Murray to dismiss this complaint. The sanctions – criminal and civil – that both of you face for having done this are very real and I urge to immediately stop.
>
> You are welcome to call me at any time to discuss this matter.
>
> **Paul G. Rozelle, Esq.**
> Managing Senior Counsel
> Pinellas County Sheriff's Office
> 727/582-6274 (voice)
> 727/582-6459 (fax)
> prozelle@pcsonet.com (email)
> http://www.pcsoweb.com/ (web)

Scott Bernard has testified that he considers Paul Rozelle's line of questioning and aggressive demeanor as an attempt to coerce and dissuade his association with Kerry Murry' suit.

Accordingly, upon consideration of the facts herein, the actions of Paul Rozelle do establish – under the standard of reasonable articulable suspicion – the following triable allegations:

- **Misuse and abuse of Government Resources** by knowingly using law enforcement data systems to investigate an individual and acquire private information without cause.

- **Misappropriation of Government Monies** by knowingly using public funds to engage in activities outside the scope and authorized use thereof.

- **Intimidation** by knowingly engaging in aggressive or threatening speech or conduct intended to dissuade one's actions.

- **Abuse of Authority** by knowingly engaging in conduct not qualified by the scope and authority of the public position or office held.

- **Witness Tampering** by knowingly engaging in conduct or speech intended to dissuade the actions, participation, or testimony of a party to an adverse civil or criminal proceeding.

## 4. Conclusion

By a standard of average intelligence and sound reasoning, the conduct and practices of Paul Rozelle indicate he lacks the integrity, moral fortitude, and mental faculties required of anyone serving the public interest.

By a standard of average intelligence and sound reasoning, the conduct and practices of Paul Rozelle indicate he is not fit to serve the interests of the People in any capacity.

By a standard of average intelligence and sound reasoning, the conduct and practices of Paul Rozelle indicate that he views himself as a morally superior man with the magnanimous power to do and act as he sees fit.

By a standard of average intelligence and sound reasoning, the conduct and practices of Paul Rozelle indicate that he may suffer from a psychological disorder known as Egomania.

By a standard of average intelligence and sound reasoning, the conduct and practices of Paul Rozelle indicate his abhorrent disdain for any "civilian" who challenges the authority of his administrative agency.

The conduct in question and the allegations established under the standard of reasonable-articulable suspicion are properly lodged against Paul Rozelle, a man who is one of the people bearing unlimited liability and without protections under any immunity afforded by the state.

As such, the allegations against Paul Rozelle are established as being triable before a jury that will render a decision upon the finding of facts.

### 7. Declaration of Authority to Bring this Claim

*We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the pursuit of Happiness. — That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, — That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to affect their Safety and Happiness.*
(Declaration of Independence -July 4, 1776).

BE IT KNOWN, Paul Rozelle is operating as a government official whose conduct is alleged to be "destructive" to the rights of the people.

Therefore, bringing forth this suit at common-law will serve as the lawful commencement of abolishing the ability of Paul Rozelle to continue occupying any position within any government agency.

## 8. Jury and Article III Judge Demands

As the members of a common-law jury will respectively bear the cost of their decisions, they form the only body in this nation that can administer pure, blind, equal, and unadulterated justice.

WHEREFORE, demand is hereby made for this claim to be judged by a jury pursuant to the 7th Amendment to the Bill of Rights, and no waiver of jury trial will be given by me or inferred by the court on my behalf from acquiescence, unconscionable acts, omission, and the like.

WHEREFORE, demand is made to assign this suit at common-law to an Article III judge who will, without undue delay, set the matter for trial to be held on the earliest possible day and time.

## 10.   Damages Sought

Upon a finding that all allegations are established as truth and facts, we are seeking the following recompense and damages:

- $5,000,000 (five million dollars), plus costs, in addition to any other damages, sanctions, and the like, that the jury may deem appropriate upon the finding of facts.

Sealed this  30th  day of  April   in the year of our Lord 2025.


_____            _____
Kerry Murray                         Scott Bernard
1113 Range Ave., #110-109            1113 Range Ave., #110-109
Denham Springs, LA 70726             Denham Springs, LA 70726
Email: scott@brookstonelaw.org       Email: scott@brookstonelaw.org

## 11. Affidavit of Service

SERVICE: I, the undersigned third party, hereby affirm that a copy of the foregoing was sent to:

- Mr. Paul Grant Rozelle
  10750 Ulmerton Road
  Largo, Florida 33778

_____
Gianna Miceli

*Scott Bernard*
*1113 S. Range Ave., Suite 110-109*
*Denham Springs, LA 70726*

April 30, 2025

To all respondent(s):

- *Mr. Paul Grant Rozelle*
  *10750 Ulmerton Road*
  *Largo, Florida 33778*

You are named as the alleged causer of grievance(s) in a suit at common-law, and are hereby served a true and correct copy thereof.

Said suit at common-law is being brought forth in a proper venue located in the City of Jacksonville, within the territorial boundaries of Florida.

The place and location of said venue is commonly known as the United States District Court, located at: *300 North Hogan Street, Jacksonville, Florida*

For additional case information, you may contact the clerk of court:

By Mail: *Clerk, U.S. Dist. Court*
*300 North Hogan Street, #9-150*
*Jacksonville, Florida 32202-4271*

By Phone: *(904) 549-1900*

Thank you for your kind attention.

Regards,

Gianna Miceli