**SCREENED By USMS**

PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2


UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 225 ) 810-5236

Scott Bernard
1113 S. Range Ave.
#110-109
Denham Springs, LA 70726

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)

TO: (PLEASE PRINT)   PHONE ( 904 ) 549-1900

Clerk, U.S. Dist. Court
300 North Hogan Street
#9-150
Jacksonville, FL

ZIP + 4® (U.S. ADDRESSES ONLY)
3 2 2 0 2 - 4 2 7 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← PEEL FROM THIS CORNER


EJ 038 471 295 US

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 70462
Scheduled Delivery Date: 5/5/25
Postage: $31.40

Date Accepted: 5/2/25
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON

Time Accepted: 2:00 ☐ AM ☒ PM

Total Postage & Fees: $31.40

Acceptance Employee Initials: TV

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996







# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

**GUARANTEED* ▪ TRACKED ▪ INSU**