United States District Court
Middle District of Florida
Jacksonville Division

**KERRY MURRAY & SCOTT BERNARD,**

   *Plaintiffs,*

v.   No. 3:25-CV-515-MMH-PDB

**PAUL GRANT ROZELLE,**

   *Defendant.*

___

# Order

The clerk is **directed** to transfer this case to the Tampa Division and re-assign the case to United States District Judge Kathryn Mizelle and United States Magistrate Judge Amanda Sansone for consideration with related case number 8:25-cv-1241-KKM-AAS. *See* Local Rules 1.04(b), 1.05(a). The cases involve the same parties and the same allegations.

**Ordered** in Jacksonville, Florida, on May 21, 2025.

*Patricia D. Barksdale*
Patricia D. Barksdale
United States Magistrate Judge

c:   Kerry Murray
     1113 Range Ave., #110-109
     Denham Springs, LA 70726

     Scott Bernard
     1113 Range Ave., #110-109
     Denham Springs, LA 70726